WILLIAM F. TARANTINO (SBN 215343)
WTarantino@mofo.com
KWAN PARK (SBN 306719)
BPark@mofo.com
ROBERT SANDOVAL (SBN 311032)
RSandoval@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

TRITIA M. MURATA (SBN 234344)
TMurata@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
CALIFORNIA GROCERS ASSOCIATION

BARBARA J. PARKER, SBN 069722
City Attorney
MARIA BEE, SBN 167716
Chief Assistant City Attorney
SELIA M. WARREN, SBN 233877
Deputy City Attorney
RAJIV R. NARAYAN, SBN 334511
Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524
Fax: (510) 238-6500
Email: swarren@oaklandcityattorney.org
X05239

Attorneys for Defendant,
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA GROCERS ASSOCIATION, a California non-profit organization<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a charter municipality<br><br>Defendant. | Case No.   3:21-cv-00863-WHO<br><br>**STIPULATION AND ORDER CONTINUING MOTION TO DISMISS HEARING DATE**<br><br>Judge: Hon. William H. Orrick<br>Dept.: Courtroom 2, 17th Floor |

Pursuant to Rule 6-2 of the Local Rules of the United States District Court for the Northern District of California, Plaintiff California Grocers Association and Defendant City of Oakland, by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on February 3, 2021 (ECF No. 1) challenging Ordinance 13639 C.M.S., an emergency ordinance that requires large grocery stores in Oakland to pay employees an additional $5.00 per hour in hazard pay during COVID-19;

WHEREAS, Defendant filed a motion to dismiss Plaintiff's Complaint on April 5, 2021 with a noticed hearing date of Wednesday May 12, 2021 at 2:00 pm. (ECF No. 14);

WHEREAS, Plaintiff's response was due April 19, 2021;

WHEREAS, Alameda County has been in the Orange tier or at a moderate risk level for the spread of COVID-19 since at least March 30, 2021, according to the California Department of Public Health's Blueprint for a Safer Economy;

WHEREAS, the Governor has announced a plan to fully reopen the state on June 15, 2021, and abandon the tier system, provided enough vaccine supply exists for Californians 16 years and older to be vaccinated and hospitalization rates remain stable and low;

WHEREAS, Defendant's Ordinance 13639 C.M.S. will no longer be in effect upon Alameda County's entry into the Yellow tier or abandonment of the tier system, both of which should signify a reduction of the risk of COVID-19 transmission to minimal;

WHEREAS, the Parties have conferred regarding continuing the hearing date for Defendant's motion to dismiss in anticipation of Plaintiff either dismissing the suit if the Ordinance is no longer in effect or filing an amended complaint in the event that the Ordinance remains in effect after June 15, 2021; and

WHEREAS, this extension is the first such extension requested in this case relating to Defendant's motion to dismiss.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

1. The hearing date for Defendant's motion to dismiss is continued to June 23, 2021 at 2:00 p.m. or at a date and time thereafter that is convenient to the Court;

2. Plaintiff shall file an amended complaint no later than June 16, 2021.

| | |
|---|---|
| Dated: April 23, 2021 | WILLIAM F. TARANTINO<br>KWAN PARK<br>ROBERT SANTOS SANDOVAL<br>MORRISON & FOERSTER LLP<br><br>By: */s/ William F. Tarantino*<br>　　　WILLIAM F. TARANTINO<br><br>Attorneys for Plaintiff<br>CALIFORNIA GROCERS ASSOCIATION |
| Dated: April 23, 2021 | BARBARA J. PARKER, CITY ATTORNEY<br><br>By: */s/ Selia M. Warren*<br>　　　SELIA M. WARREN<br><br>Attorneys for Defendant<br>CITY OF OAKLAND |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 26, 2021

_____
Honorable William H. Orrick
UNITED STATES DISTRICT COURT JUDGE

## ECF ATTESTATION

I, William F. Tarantino, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Selia M. Warren has concurred in this filing.

Dated: April 22, 2021

/s/ *William F. Tarantino*
William F. Tarantino

Attorneys for Plaintiff
CALIFORNIA GROCERS ASSOCIATION