| | |
|---|---|
| 1 | WILLIAM F. TARANTINO (CA SBN 215343) |
| | WTarantino@mofo.com |
| 2 | KWAN PARK (SBN 306719) |
| | BPark@mofo.com |
| 3 | ROBERT SANDOVAL (SBN 311032) |
| | RSandoval@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | TRITIA M. MURATA (CA SBN 234344) |
| | TMurata@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 9 | Los Angeles, California 90017-3543 |
| | Telephone: 213.892.5200 |
| 10 | Facsimile: 213.892.5454 |
| 11 | Attorneys for Plaintiff |
| | CALIFORNIA GROCERS ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA GROCERS ASSOCIATION, a California non-profit organization, | Case No. 3:21-cv-00863-WHO |
| Plaintiff, | **PLAINTIFF CALIFORNIA GROCERS ASSOCIATION'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| CITY OF OAKLAND, a charter municipality, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff California Grocers Association hereby voluntarily dismisses the above-captioned action without prejudice, with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| Dated: | June 17, 2021 | MORRISON & FOERSTER LLP |

By: */s/ William F. Tarantino*
William F. Tarantino

Attorneys for Plaintiff
CALIFORNIA GROCERS
ASSOCIATION