UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA GROCERS ASSOCIATION, <br><br>             Plaintiff, <br><br>        v. <br><br> CITY OF OAKLAND, <br><br>             Defendant. | Case No. 21-cv-00863-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 18 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: June 20, 2021

WILLIAM H. ORRICK
United States District Judge